Josephine M. Gerrard (CBN 303221)
Gerrard Law PC
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for the Plaintiff, Santos Andres Noriega

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SANTOS ANDRES NORIEGA,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant

Case No. 5:25-cv-00482-PD

**ORDER GRANTING STIPULATION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))**

Based upon the Stipulation for Attorney’s fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), the terms of which are incorporated into this Order, attorney’s fees are awarded in the amount of $9,500.

IT IS SO ORDERED.

Dated October 20, 2026

Patricia Donahue

Hon. Patricia Donahue
United States Magistrate Judge